April 23, 2018

Bankruptcy Court
Western District of Virginia
1101 Court Street, Room 166
Lynchburg, VA 24504

Re:   Case Number 18-60331
      Debtor 1: Jason D. Hartman
      Debtor 2: Kimberly D. Hartman

I am a creditor in the bankruptcy case above. The Hartmans purchased a condo from me which I owner financed. I had purchased the condo to live in myself but the sale of my home to my daughter fell through and I decided to sell the condo and stay in my home.

In the last correspondence I received from their attorney, they are asking to pay $100.00 a month for 9 months compared to the $577.12 that was orginally stated. This will really put me in a hard financial position as I am a widow on social security. This loan was put on my home equity line of credit and still needs to be paid off whether they pay me or not. I am sending this letter to ask for any assistance that might be available to me to deny this $100.00 payment for 9 months and to keep the $577.12 as originally offered.

In addition, the debtors filed the whole amount as being in arrears. This is not accurate. They still owed 8 payments of $1,047.48 and one payment of $510.89 as of February 23, the date of the filing. This was pointed out to their attorney but it still remains on their documents as the total amount of approximatly $26,000. The Proof of Claim so stated the amount as $16,546.68 and their attorney was notified but no response although he said he was not aware of this.

Thank you for anything you might be able to do to help me out with this stressful situation.

Sincerely,

*Bonicha C. Dellinger*
Bonicha (Bonnie) C. Dellinger
429 Collington Drive
Lynchburg, VA 24502
(434)944-6061

FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT

APR 25 2018

By _____
DEPUTY CLERK

1